PER CURIAM.
Affirmed. See Metropolitan Dade County v. Rudoff, 544 So.2d 1118 (Fla. 3d DCA 1989); City of Miami v. Fraternal Order of Police Lodge No. 20, 378 So.2d 20 (Fla. 3d DCA 1979), cert. denied, 388 So.2d 1113 (Fla.1980); Koenig v. Tyler, 360 So.2d 104 (Fla. 3d DCA 1978); Pushkin v. Lombard, 279 So.2d 79 (Fla. 3d DCA 1973), cert. denied, 284 So.2d 396 (Fla.1973); cf. Sharick v. Southeastern University of the Health Sciences, Inc., 780 So.2d 136, 138 (Fla. 3d DCA 2000), review granted, 804 So.2d 330 (Fla.2001), 805 So.2d 809 (Fla. 2002), review dismissed, 822 So.2d 1290 (Fla.2002);